## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

ALBERTO AUGUSTIN SUEGART,

       Debtor.

                                                     /

CASE NO. 16-19113-RAM
CHAPTER 13

ALBERTO AUGUSTIN SUEGART,

       Plaintiffs,

v.

HMC ASSETS LLC, SOLELY IN ITS CAPACITY
AS SEPARATE TRUSTEE OF COMMUNITY
DEVELOPMENT II TRUST; and
BSI FINANCIAL SERVICES,

       Defendants.

                                                     /

ADV. PROC. NO.: 18-01276-RAM

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for defendant, **BSI FINANCIAL SERVICES,** in these proceedings.

      All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 16th day of August, 2018.**

                                                    Respectfully submitted,

                                                    **GHIDOTTI | BERGER, LLP**
                                                    *Attorneys for Defendant*
                                                   3050 Biscayne Blvd. - Suite 402
                                                   Miami, Florida 33137
                                                   Tel: (305) 501.2808 / Fax: (954) 780.5578
                                                   By:    /s/ Chase A. Berger
                                                          Chase A. Berger, Esq.
                                                          Florida Bar No. 083794
                                                          cberger@ghidottiberger.com

*Case No.:16-19113-RAM*
*Adv. Case No.:18-01276-RAM*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Pro-Se Debtor*
**Rafael Debrand Sr.**
2742 Cherokee Court
West Palm Beach, FL 33406-5909

*Joint Debtor*
**Veronica Debrand**
2742 Cherokee Court
West Palm Beach, FL 33406-5909

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.